

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2022

No. 04-22-00050-CV

**IN THE MATTER OF THE ESTATE OF HUGH BOB SPILLER, DECEASED**

From the 452nd District Court, Menard County, Texas
Trial Court No. 2013-02059
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Siting:     Rebeca C. Martinez, Chief Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Appellee's motion to abate is DENIED AS MOOT.

It is so **ORDERED** on May 6, 2022.

                                                         **PER CURIAM**

ATTESTED TO: _____
             Michael A. Cruz,
             Clerk of Court